1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ERIC ADAMS,**

Petitioner,

v.

**TIM VIRGA, Warden,**

Respondent.

Case No. C 10-05642 SBA (PR)

**ORDER**

For good cause shown, respondent may have until July 13, 2011, within which to file and serve an answer or motion to dismiss on procedural grounds. Petitioner shall file with the Court and serve on respondent any traverse, motion opposition, or statement of non-opposition within sixty (60) days of the date the answer or motion is filed.

IT IS SO ORDERED.

Dated: ___6/24/11

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1

[Revised Proposed] Order *Adams v. Virga* (C 10-05642 SBA (PR))

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ERIC ADAMS,

        Plaintiff,

 v.

VIRGA et al,

        Defendant.

                                                Case Number: CV10-05642 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric S. Adams P67076
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: June 28, 2011

                                                Richard W. Wieking, Clerk
                                                By: LISA R CLARK, Deputy Clerk