UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ERIC ADAMS, | Case No: C 10-5642 SBA |
| Petitioner, | **JUDGMENT** |
| vs. | |
| FRED FOULK, Acting Warden, | |
| Respondent. | |

In accordance with the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Respondent.

IT IS SO ORDERED.

Dated: 3/31/14

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge